BROWN v. MILLER

No. 474P83.

Case below: 63 N.C. App. 694.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1984. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 6 March 1984.

CARTER v. FRANK SHELTON, INC.

No. 358P83.

Case below: 62 N.C. App. 378.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 March 1984.

DELCONTE v. NORTH CAROLINA

No. 9PA84.

Case below: 65 N.C. App. 262.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 6 March 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 6 March 1984.

DURHAM v. QUINCY MUTUAL FIRE INS. CO.

No. 519PA83.

Case below: 63 N.C. App. 700.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 6 March 1984.

FAULKNER v. NEW BERN-CRAVEN BD. OF EDUC.

No. 24PA84.

Case below: 65 N.C. App. 483.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 March 1984.